
RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/18/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JASON REBARDI | CIVIL ACTION NO. 06-2255 |
| VS. | SECTION P |
| BURL CAIN, WARDEN | CHIEF JUDGE HAIK |
| | MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 17th day of June, 2008.

RICHARD T. HAIK, SR.
~~CHIEF~~ JUDGE