RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/10/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| JASON REBARDI | CIVIL ACTION NO. 06-2255 |
|---|---|
| VS. | SECTION P |
| BURL CAIN, WARDEN | JUDGE HAIK |

## ORDER

Before the Court is petitioner's Notice of Appeal [rec. doc. 23] and Motion for Certificate of Appealability [rec. doc. 24] filed herein on July 2, 2009. The record having been considered, it is,

**ORDERED** that petitioner's Motion for Certificate of Appealability [rec. doc. 24] is **DENIED** because petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right.

In Chambers, Lafayette, Louisiana July 9, 2009.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE